**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jimmy Douglas HARRISON, Defendant–Appellant.**

No. 02–6944.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Jimmy Douglas Harrison, Appellant Pro Se. Rick A. Mountcastle, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jimmy Douglas Harrison appeals the district court's order denying his motion for reconsideration of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Harrison,* No. CR–99–18 (W.D.Va. June 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*